In the Matter of VIRGINIA J. ST. GERMAIN et al., Petitioners, v. ZONING BOARD OF APPEALS OF THE TOWN OF PARIS, Respondent.—

Present — Del Vecchio, J. P., Marsh, Witmer, Moule and Henry, JJ.